IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-263-FL

| | |
|---|---|
| BELINDA L. TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | ORDER |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding the parties' cross-motions for judgment on the pleadings. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

After a considered review, the court hereby ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, plaintiff's motion (DE # 25) is DENIED, defendant's motion (DE # 27) is GRANTED, and the final decision of the Commissioner is upheld. The Clerk of Court is directed to close this case.

SO ORDERED, this the 26th day of April, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge